No. 90–1491. UNION BANK v. WOLAS, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ZZZZ BEST CO., INC. C. A. 9th Cir. [Certiorari granted, 500 U. S. 915.] Motion of American Bankers Association for leave to file a brief as *amicus curiae* granted.